# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

BRENDA BOOKER,

    Plaintiff,

v.

KILOLO KIJAKAZI, Acting Commissioner of Social Security,

    Defendant.

2:22-cv-00249-JAD-VCF

**ORDER**

Before the Court is *Brenda Booker v. Kilolo Kijakazi, acting commissioner of social security*, case number 2:22-cv-00249-JAD-VCF. On April 26, 2022, the court ordered plaintiff to

1. If plaintiff intends to request a remand of this case on the basis of new evidence, plaintiff will, within thirty (30) days of the filing of this Order, file a motion to remand in this Court based on new evidence.

2. In the event plaintiff does not file a motion for remand on the basis of new medical evidence, the plaintiff will, within thirty (30) days of receipt of this Order, file with this Court a motion for reversal and/or remand.  (ECF No. 17).

To date, plaintiff has not filed a motion to remand and/or reversal, and the time to file a motion to remand and/or reversal has passed.

Accordingly,

IT IS HEREBY ORDERED that a video conference status hearing, is scheduled for 10:00 AM, August 9, 2022, before Judge Cam Ferenbach.

IT IS FURTHER ORDERED that plaintiff Brenda Booker appear at the scheduled video conference status hearing on August 9, 2022 at 10:00 AM.

IT IS FURTHER ORDERED that counsel/the parties must email the Courtroom Administrator, Tawnee Renfro at Tawnee_Renfro@nvd.uscourts.gov, with an email address to be used for the video conference hearing by noon, August 8, 2022.

IT IS ORDERED that the following Video Conference Instructions be adhered to as follows:

INSTRUCTIONS FOR VIDEO CONFERENCE HEARING

Instructions to the scheduled hearings will be sent via email thirty (30) minutes prior to the hearing to the participants email provided to the Court.

- Log on to the call ten (10) minutes prior to the hearing time.
- Mute your sound prior to entering the hearing.
- Do not talk over one another.
- State your name prior to speaking for the record.
- Do not have others in the video screen or moving in the background.
- No recording of the hearing.
- No forwarding of any video conference invitations.
- Unauthorized users on the video conference will be removed.

DATED this 13th day of July 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE